UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES RAWLINGS, *et al*. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.* )<br>)<br>Defendants. )<br>_____) | Civil Action No. 07-001914 (PLF) |

NOTICE OF ENTRY OF APPEARANCE

The clerk of this Court will please enter the appearance of Darrell Chambers, Assistant Attorney General, and Lucy Pittman, Assistant Attorney General, as counsel for Defendant District of Columbia. Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Chambers has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

      Respectfully submitted,

      LINDA SINGER
      Attorney General for the District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General
      Civil Litigation Division

      /s/ Kimberly M. Johnson
      KIMBERLY MATTHEWS JOHNSON [435163]
      Chief, General Litigation Section I

      /s/ Nicole L. Lynch
      NICOLE L. LYNCH [471953]
      Chief, General Litigation Section II

      /s/ Darrell Chambers
      DARRELL CHAMBERS
      Assistant Attorney General

(202) 724-6539 (phone)
darrell.chambers@dc.gov

/s/ Lucy Pittman
LUCY PITTMAN [483416]
Assistant Attorney General
(202) 442-9891 (phone)
lucy.pittman@dc.gov

DAVID A. JACKSON [471535]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 727-3625 (fax)