UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARGES RAWLINGS, *et al.*  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>  DISTRICT OF COLUMBIA, *et al.*  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 07-001914 (PLF) |

NOTICE OF ENTRY OF APPEARANCE

The clerk of this Court will please enter the appearance of Darrell Chambers, Assistant Attorney General, as co-counsel for Defendant District of Columbia. Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Chambers has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON [435163]
Chief, General Litigation Section I

/s/ Nicole L. Lynch
NICOLE L. LYNCH [471953]
Chief, General Litigation Section II

/s/ Darrell Chambers
DARRELL CHAMBERS
Assistant Attorney General
(202) 724-6539 (phone)
darrell.chambers@dc.gov

LUCY PITTMAN [483416]
Assistant Attorney General
(202) 442-9891 (phone)
lucy.pittman@dc.gov

DAVID A. JACKSON [471535]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 727-3625 (fax)