UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES RAWLINGS, *et al.*, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 07-001914 (PLF) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|       Defendants. | ) |

## STATUS REPORT

This case arises out of the shooting death of DeOnte Rawlings by Defendant Police Officers James Haskell and Anthony Clay of the Metropolitan Police Department ("MPD"). On January 3, 2008, this Court stayed this matter and ordered the District to file a status report with respect to the ongoing criminal investigation. On February 21, 2008, Inspector Matthew Klein, MPD Office of Internal Affairs, spoke with Assistant United States Attorney John Cummings, who is handling the criminal investigation. Attorney Cummings informed Inspector Klein that a decision relating to the criminal investigation will be made by mid-March 2008.

The District requests that it be allowed to file a further status report on or before March 31, 2008.

                                                    Respectfully submitted,

                                                    PETER J. NICKLES
                                                    Interim Attorney General for the District of Columbia

                                                    GEORGE C. VALENTINE
                                                    Deputy Attorney General
                                                    Civil Litigation Division

2

/s/Nicole L. Lynch/s/
NICOLE L. LYNCH  [471953]
Section Chief, General Litigation Section II

/s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
General Litigation Section II
441 4th Street, N.W.
Washington, DC 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
Email: davida.jackson@dc.gov