IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHARLES RAWLINGS, et al.,** | * | |
| **Plaintiffs,** | * | |
| vs. | | Civil Action No. 07-001914 (PLF) |
| | * | |
| **THE DISTRICT OF COLUMBIA, et al.,** | * | |
| | * | |
| **Defendants.** | | |
| | * | |

**PLAINTIFFS' RESPONSE TO THE STATUS REPORT
FILED BY DEFENDANT DISTRICT OF COLUMBIA**

Come now the plaintiffs, by and through counsel, and hereby submit their response to the Status Report filed by the District of Columbia. On January 3, 2008, this Court entered an amended minute order wherein it entered a stay of all proceedings until February 21, 2008. As has been shown in plaintiffs' motion for reconsideration, which is still pending, the Court's ruling in that regard was entirely inconsistent with applicable law. Nonetheless, The Court further directed that the District of Columbia "shall file a status report with the Court on or before 2/19/08 setting forth its view as to whether a further stay is required."

It is noted first that the District did not file anything in this regard on or before February 19, 2008. Secondly, as of February 21, 2008, the Court's stay expired according to its own terms. And last but not least, what the District of Columbia did file was a "Status Report" on February 21, 2008 that did not set forth any reasons why a "further stay is required." Although, even if the District of Columbia had attempted to comply with the Court's order, for all the reasons set forth in plaintiffs' motion for reconsideration, it could not have done so since there are no legitimate reasons that exist for the imposition of a stay of all proceedings in this litigation, specifically where the District of

Columbia is not involved in any way in any criminal proceeding of any kind, let alone a further stay.

Wherefore, for the reasons set forth herein , in plaintiffs' motion for reconsideration and in the record of this proceeding, it is respectfully urged by the plaintiffs that the stay that expired on February 21, 1008 should not be reinstated as suggested by the defendant District of Columbia. It is further urged by the plaintiffs that the Court schedule an initial conference in this matter, as soon as the Court's calendar permits, so as to allow the plaintiffs to get on about the business of getting to the truth of their son's death.

                Respectfully submitted,

                Gregory L. Lattimer [371926]
                1100 H Street, N.W.
                Suite 920
                Washington, D.C.  20005
                (202) 638-0095
                Attorney for the Plaintiffs