AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CHARLES RAWLINGS, Et AL.,

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, ET. AL.,

CASE N

Case: 1:07-cv-01914
Assigned To : Friedman, Paul L.
Assign. Date : 10/23/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

OFFICER JAMES HASKEL
METROPOLITAN POLICE DEPARTMENT
in ▓▓ his official ▓▓▓▓▓▓▓▓▓ capacities
300 Indiana Avenue, N.W.
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GREGORY L. LATTIMER
Law Offices of Gregory L. Lattimer
1100 H Street, N.W.
Suite 920
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     OCT 23 2007
CLERK                                       DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 03/06/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Clement Stokes | Process Server / Investigator |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: at his home address
Located 845 Marjorie Ct, SE WDC 20032 at 8:05AM

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/06/08    *Clement Stokes III*
             Date         Signature of Server

717 L9 Street NW Suite 300
Washington, DC 20004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CHARLES RAWLINGS, Et AL.,

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, ET. AL.,

Case: 1:07-cv-01914
Assigned To : Friedman, Paul L.
Assign. Date : 10/23/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

OFFICER JAMES HASKEL
METROPOLITAN POLICE DEPARTMENT
in his individual capacities
300 Indiana Avenue, N.W.
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GREGORY L. LATTIMER
Law Offices of Gregory L. Lattimer
1100 H Street, N.W.
Suite 920
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                  OCT 23 2007
CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 03/06/08 |
| NAME OF SERVER (PRINT) Clement Stokes | TITLE Process Server / Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: at his home address located at 845 Marjorie Ct SE WDC 20032 at 8:05 am

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 03/06/08

Signature of Server: Clement Stokes III

Address of Server: 717 D Street NW Suite 300, Wash, DC 20004

(202) 628-2345

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.