AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CHARLES RAWLINGS, Et AL.,

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, ET. AL.,

Case: 1:07-cv-01914
CA  Assigned To : Friedman, Paul L.
Assign. Date : 10/23/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

OFFICER ANTHONY CLAY
METROPOLITAN POLICE DEPARTMENT
in ~~both~~ his ~~official and~~ individual capacities
300 Indiana Avenue, N.W.
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GREGORY L. LATTIMER
Law Offices of Gregory L. Lattimer
1100 H Street, N.W.
Suite 920
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT 23 2007
CLERK                                       DATE

_/s/ _____ Higgins_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 03/10/08 |
| NAME OF SERVER (PRINT) Clement Stokes | TITLE Process Server/Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 840 Marjorie Ct
Washington, DC 20032

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/10/08 at 12:15 pm
Date

Signature of Server: Clement Stokes III

Address of Server: 717 D Street NW Suite 300
Washington, DC 20004
(202) 645-2345

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CHARLES RAWLINGS, Et AL.,

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, ET. AL.,

CASE

Case: 1:07-cv-01914
Assigned To : Friedman, Paul L.
Assign. Date : 10/23/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

OFFICER ANTHONY CLAY
METROPOLITAN POLICE DEPARTMENT
his official capacities
300 Indiana Avenue, N.W.
Washington, D.C.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GREGORY L. LATTIMER
Law Offices of Gregory L. Lattimer
1100 H Street, N.W.
Suite 920
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             OCT 23 2007
CLERK                                DATE

(By) DEPUTY CLERK

NAME OF SERVER *(PRINT)* Clement Stokes    TITLE Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 840 MARJORIE Ct
WASHINGTON, DC 20032

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/10/08
Date
at 12:15 pm

Signature of Server: Clement Stokes

Address of Server: 717 D Street NW Suite 300
Washington, DC 20004
(202) 645-2345