UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES RAWLINGS,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-001914 (PLF) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STATUS REPORT

This is a wrongful death case filed by the family of DeOnte Rawlings against the District of Columbia and Police Officers James Haskell and Anthony Clay of the Metropolitan Police Department. On January 3, 2008, this Court stayed this matter and ordered the District of Columbia to file a status report with respect to the ongoing criminal investigation. The District of Columbia filed a status report on February 21, 2008, setting forth its position that the case remain stayed while the United States Attorney's Office completed its investigation into the matter. On March 31, 2008, undersigned counsel spoke to Assistant United States Attorney John Cummings who is handling the criminal investigation. Attorney Cummings reports that his office anticipates completing the investigation in the next 30 days. He does not anticipate a delay.

The District of Columbia requests that the case remained stayed and that it be allowed to file a further status report on or before April 30, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        /s/ Kimberly M. Johnson
        KIMBERLY MATTHEWS JOHNSON [#435163]
        Section Chief
        General Litigation Section I

        /s/ Lucy Pittman
        LUCY PITTMAN [#483416]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        (202) 442-9891 (phone)
        (202) 727-3625 (fax)
        lucy.pittman@dc.gov

Dated: March 31, 2008