IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES RAWLINGS, et al.,** | * |
| **Plaintiffs,** | * |
| vs. | Civil Action No. 07-001914 (PLF) |
| | * |
| **THE DISTRICT OF COLUMBIA, et al.,** | * |
| | * |
| **Defendants.** | |
| | * |

**PLAINTIFFS' RESPONSE TO THE DISTRICT OF COLUMBIA'S STATUS REPORT**

Come now the plaintiffs, by and through counsel, and hereby submit their response to the status report of the District of Columbia. Once again the District has submitted a pleading that in no way supports the stay entered by the Court in this matter nor does it justify the Court's continued stay in this matter. Truth be told, the only thing that the District has said to this Court to justify a stay, if one reads between the lines, amounts to "what's the hurry, its just another dead black kid from southeast."

The fact that someone has talked to AUSA John Cummings and he indicates his investigation should be over in approximately 30 days is absolutely meaningless. There is no investigation going on that involves the District and that is a fact. Moreover, AUSA John Cummings is the same person that indicated months ago that he had no problem with the FIT Report, which is the very document that the plaintiffs are seeking, being released. Thus, it is unclear why this Court should be swayed by the fact that an investigation that does not involve the District of Columbia reportedly might be over soon, just as it was reported in the last status report, and the status report before that. It appears that as long as the District of Columbia tells the Court that the "investigation will be over soon," the

doors to the courthouse are closed to these plaintiffs.

This is an unfortunate situation inasmuch as this Court has ignored applicable law, refused to ascertain the facts and instead, has issued the stay sought by the District for reasons that it has declined to share. Indeed, this Court has thoroughly abused its discretion in this case and slammed the door of justice in the face of the plaintiffs. As witnesses' memories fade or they disappear altogether, and as evidence in the exclusive possession of the District is being "lost" or becomes stale, this Court has steadfastly tied the hands of the plaintiffs in their search for the truth in the death of their child.

At this point, the only recourse left to plaintiffs given the Court's refusal to conduct a factual hearing or apply the law of this Circuit to the facts, is to appeal to the moral compass of the Court. Just because their child happens to have been young, black and from the side of town traditionally looked down upon by those in power in this city, DeOnte Rawlings was loved by his family and plaintiffs, and as parents and citizens of this country, the plaintiffs are entitled to the same justice afforded others who happen to be more fortunate. The fact that the plaintiffs believe that this needs to be said is a travesty.

Wherefore, for the reasons stated herein and in the record of this proceeding and because absolutely nothing justifies the stay entered in this case and nothing could be more prejudicial to the plaintiffs than extending an unfounded stay, it is submitted that no basis for extending the stay in this matter exists.

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W.
Suite 920
Washington, D.C.  20005
(202) 638-0095
Attorney for the Plaintiff