UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES RAWLINGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1914 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA, *et. al*, ) | |
| ) | |
| Defendants. ) | |

ORDER

The parties came before the Court for a status conference on May 1, 2008. Based on the representations of counsel at that time, it is hereby

ORDERED that the stay in this case is lifted.[1] Plaintiffs may serve their initial requests for discovery, and the defendants will be required to respond within the time allowed by the Federal Rules of Civil Procedure and the Local Civil Rules of this Court; and it is

FURTHER ORDERED that the parties will meet, confer and file a joint report pursuant to Rule 16.3 of the Local Civil Rules on or before May 12, 2008. In addition to the information required by Local Civil Rule 16.3, the parties' joint report should set forth (1) the date by which the defendants will file their Answer or Answers, and (2) whether the parties have a preference as to which magistrate judge will manage discovery in this case.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: May 5, 2008                       United States District Judge

---

[1] As noted at the May 1 status conference, nothing prevents the government from moving to renew the stay at a later time if circumstances warrant such a motion.