UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHARLES RAWLINGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1914 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA, *et. al*, ) | |
| ) | |
| Defendants. ) | |

### REFERRAL ORDER

The parties appeared for a status conference on May 1, 2008. Based upon the representations of counsel at that status conference and the Rule 16.3 Joint Report subsequently submitted to the Court, it is hereby

ORDERED that this matter is referred to Magistrate Judge Alan Kay for the management of discovery in this case. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of Magistrate Judge Alan Kay following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: