UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES RAWLINGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1914 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA, *et. al*, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

The parties appeared for a status conference on May 1, 2008. Based upon the representations of counsel at that status conference and the Rule 16.3 Joint Report subsequently submitted to the Court, it is hereby ORDERED that

1. Defendants shall file their answers to the complaint by June 23, 2008.

2. Any motion to amend the pleadings or join additional parties shall be made by July 7, 2008.

3. Discovery shall be completed by November 21, 2008. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

4. Each party is limited to a maximum of 60 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

5. Each party is limited to a maximum of 15 depositions.

6. The parties agree to waive disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

7. Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by August 8, 2008.

8. Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by September 22, 2008.

9. Depositions of each party's retained experts shall be completed by November 21, 2008.

10. Dispositive motions shall be filed on or before December 22, 2008; oppositions by January 6, 2009; and replies, if any, by January 16, 2009.

11. A further status conference is scheduled for November 25, 2008 at 9:30 a.m.

12. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

13. Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LOC. CIV. R. 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: May 19, 2008            United States District Judge