REFERRAL TO MAGISTRATE JUDGE

CATEGORY: L

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | Other Civil Rights | | | |
|---|---|---|---|---|
| CASE NO: CA 07-1914 | DATE REFERRED: 5/19/2008  DISPOSITION DATE: | PURPOSE: MANAGEMENT OF DISCOVERY | JUDGE: PAUL L. FRIEDMAN | MAG. JUDGE ALAN KAY |

| PLAINTIFF(S): CHARLES RAWLINGS, ET AL. | DEFENDANT(S): DISTRICT OF COLUMBIA, ET AL. |
|---|---|

ENTRIES: