# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES RAWLINGS, *et al*. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.  07-001914 (PLF) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al*. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF ENTRY OF APPEARANCE

The clerk of this Court will please enter the appearance of Lucy Pittman, Assistant Attorney General, as counsel for Defendants James Haskel and Anthony Clay.  In addition, please withdraw the appearance of Lucy Pittman, Assistant Attorney General, as counsel for Defendant District of Columbia.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/ Kimberly M. Johnson
    KIMBERLY MATTHEWS JOHNSON [435163]
    Chief, General Litigation Section I

    /s/ Lucy Pittman
    LUCY PITTMAN [483416]
    Assistant Attorney General
    441 4th Street, N.W.
    6th Floor South
    Washington, D.C. 20001
    (202) 442-9891 (phone)
    (202) 730-1436 (fax)
    lucy.pittman@dc.gov